IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| South Carolina,<br><br>               Plaintiff,<br><br>    vs.<br><br>Phillip C. Reeves,<br><br>               Defendants. | Civil Action No. 6:26-cv-1742-CMC<br><br><br>**ORDER** |

This matter is before the court on Plaintiff's Notice of Removal, attempting to remove four pending state criminal cases from the Greenville County Court of General Sessions.  Dkt. No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), D.S.C., the matter was referred to United States Magistrate Judge Paige J. Gossett for pre-trial proceedings.

On June 9, 2026, the Magistrate Judge entered a Report and Recommendation ("Report") recommending this matter be remanded to the Greenville County Court of General Sessions for lack of subject matter jurisdiction. Dkt. No. 11.  The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so.  Plaintiff failed to file objections, and the time to do so has expired.

The Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made.  The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions.  *See* 28 U.S.C. § 636(b).  The court is required to review the Report only for clear error in the absence of

an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After a review of the record, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error, and agrees this matter should be remanded *sua sponte*. Accordingly, the court adopts the Report by reference in this Order. This matter is hereby remanded to the Greenville County Court of General Sessions.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
July 7, 2026

2